**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6477**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEVIN LAMONT WALKER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (4:95-cr-00037-RAJ-3; 4:14-cv-00003-RAJ)

Submitted: May 19, 2015                     Decided: May 22, 2015

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin Lamont Walker, Appellant Pro Se.  Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's marginal order denying his petition for a writ of error coram nobis. We have reviewed the record and find no abuse of discretion. <u>See</u> <u>Bereano v. United States</u>, 706 F.3d 568, 575 (4th Cir. 2013) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>